**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6443**

———————

CURTIS PENNINGTON,

                                        Plaintiff - Appellant,

        versus

L. TAYLOR, Correctional Officer, POD Officer,

                                        Defendant - Appellee,

        and

MECKLENBURG CORRECTIONAL CENTER; VIRGINIA
DEPARTMENT OF CORRECTIONS,

                                        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-02-604-2)

———————

Submitted: May 27, 2004              Decided: June 4, 2004

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis Pennington, Appellant Pro Se. Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Pennington appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Pennington v. Taylor</u>, No. CA-02-604-2 (E.D. Va. Mar. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>